UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RAMESH DONEPUDI and KARTIK CHAKRABARTI DONEPUDI,**

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　Case No: 8:22-cv-793-MSS-TGW

**ALEJANDRO MAYORKAS, UR MENDOZA JADDOU and MERRICK B GARLAND,**

    Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Parties' Joint Stipulation of Voluntary Dismissal, (Dkt. 10) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 8th day of June 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party